# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 15, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

149742

SIMON KASSEM, Personal Representative of
the Estate of ABDULLA KASSEM,
            Plaintiff-Appellee,

v                                                                SC: 149742
                                                                 COA: 311057
                                                                 Wayne CC: 10-000163-NI
TIMOTHY MICHAEL GADDY and
EFFICIENT HAULING SERVICES, L.L.C.,
            Defendants-Appellants.

_____/

      On order of the Chief Justice, a stipulation signed by counsel for the parties agreeing to the dismissal of this application for leave to appeal is considered, and the application for leave to appeal is DISMISSED with prejudice and without costs.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 15, 2015



d0512

Clerk